# United States District Court
## For The Western District of North Carolina
### Asheville Division

FILED
ASHEVILLE, N. C.
AUG - 8 2005
U.S. DISTRICT COURT
W. DIST. OF N. C.

GEORGE SMITH,

    Petitioner,

vs.

DOUG MITCHELL, supt,

    Respondent.

JUDGMENT IN A CIVIL CASE

1:03cv153-1-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 8, 2005 Order.

August 8, 2005

FRANK G. JOHNS, CLERK

BY: *Elizabeth Barton*

Elizabeth Barton, Deputy Clerk